IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST PARIS,

      Plaintiff,                    No. CIV S-07-0194 WBS DAD P

    vs.

R.N. PURCELL, et al.,

      Defendants.            <u>ORDER</u>

/

        On February 14, 2007, plaintiff requested an extension of time to file a motion to alter or amend a judgment under Federal Rule of Civil Procedure 59(e). However, plaintiff is advised that no judgment has been entered in this action. On January 31, 2007, this court granted plaintiff thirty days to file an amended complaint and an application to proceed in forma pauperis, which he has not yet done. Plaintiff's February 14, 2007 motion suggests he wishes to proceed with this action but needs additional time. Accordingly, the court will grant plaintiff's motion for an extension of time to file an amended complaint and an application to proceed in forma pauperis.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 14, 2007 motion for an extension of time is granted; and

/////

1

1          2. Plaintiff is granted thirty days from the date of this order in which to file an
2  amended complaint and an application to proceed in forma pauperis.
3  DATED: February 21, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb:9
pari0194.36