IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST PARIS,

    Plaintiff,                         No. CIV S-07-0194 WBS DAD P

    vs.

R.N. PURCELL, et al.,

    Defendants.                 FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed January 31, 2007, plaintiff was ordered to file a completed application to proceed in forma pauperis or pay the appropriate filing fee within thirty days. In addition, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On February 22, 2007, plaintiff was granted an additional thirty days to comply with the court's order. The time period has now expired, and plaintiff has not filed a completed application to proceed in forma pauperis, has not paid the appropriate filing fee, has not filed an amended complaint, and has not otherwise responded to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110 (E.D. Cal. 1997); Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

1  days after being served with these findings and recommendations, plaintiff may file written
2  objections with the court.  Such a document should be captioned "Objections to Magistrate
3  Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
4  within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>
5  <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
6  DATED: April 3, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

10  DAD:lg
   pari0194.fifp.fta

2